**Michael D. PIERSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 78195.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 17, 2001.

---

1. All rule references are to Mo.R.Crim.P. 2001, unless otherwise indicated.

Lisa M. Stroup, Asst. Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Stephanie Morrell, Assistant Attorney General, Jefferson City, MO, for respondent.

Before ROBERT G. DOWD, JR., P.J., MARY RHODES RUSSELL, and RICHARD B. TEITELMAN, JJ.

### ORDER

PER CURIAM.

Michael Pierson appeals from the judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We have reviewed the briefs of the parties, legal file and transcript. We find that the motion court's judgment is based on findings of fact and conclusions of law which are not clearly erroneous. Rule 24.035(k). A written opinion would have no precedential value. We have, however, furnished the parties with a brief memorandum for their information only stating the reasons for this order. We affirm the judgment pursuant to Rule 84.16(b).